UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDAR AL KHAFAJI,<br><br>                              Petitioner,<br>v.<br>CRAIG KOENIG, Warden, et al.,<br>                             Respondents. | Case No.: 19cv2413-MMA (LL)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 2] |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. (ECF Nos. 1-2.) Petitioner has $1.18 on account at the California correctional institution in which he is presently confined (ECF No. 2 at 7) and cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis and allows Petitioner to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

Dated: December 17, 2019

                                                            Hon. Michael M. Anello
                                                            United States District Judge